

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-CR-00122 |
| VERSUS | : | MAG. JUDGE KIRK |
| STEVE BORDELON | : | JUDGE DRELL |

### STIPULATION

It is stipulated that if Woodworth Mayor David Butler and Pineville Mayor Clarence Fields were called as witnesses they would testify under oath that they were members of the Rapides Area Planning Commission (RAPC) on June 23, 2005 when that body voted to recommend to the Rapides Parish Police Jury that Cannon Subdivision be approved and taken into the parish system. They would also testify that neither of them, nor any other RAPC member to their knowledge, were contacted in any way by Steve Bordelon prior to the June 23, 2005 vote.

_____
EARL M. CAMPBELL
Assistant United States Attorney

_____
J. MICHAEL SMALL
Attorney for Defendant

_____
HENRY H. LEMOINE
Attorney for Defendant

_____
STEVE BORDELON
Defendant